**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:14CR146** |
| **vs.** | ) | **ORDER** |
| **JAIME ABARCA,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Jaime Abarca (Abarca) (Filing No. 16). Abarca seeks an additional thirty days in which to file pretrial motions in accordance with the progression order. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Abarca's motion for an extension of time (Filing No. 16) is granted. Abarca is given until **on or before June 27, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between May 27, 2014, and June 27, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 27th day of May, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge